**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
ASCENCION CAZARES, BENJAMIN F. DELACRUZ, FANNY JISSELLE LIZARDO FABRE, GABINO ROMANO HERNANDEZ, HERMENEJILDO ANGEL PRUDENTE, IDOR JEAN LUCKNER, JOSE CEDANO, JOSE G. REYES, LUIS ALBERTO SALAS UMANA, WENDY PATRICIA DAMAS, POCO J. OUEDRAOGO, and SUSANA E. ROBLES MARTINEZ, *individually and on behalf of others similarly situated,*

       *Plaintiffs*,
  -against-
2898 BAGEL & BAKERY CORP. (D/B/A NUSSBAUM & WU), SHOLOMO SELA, and NATALIE GIL,
       *Defendants*
---------------------------------------------------------X

**18-CV-05953**

**PROPOSED JUDGMENT**

## **JUDGMENT**

On June 26, 2018, this action was commenced by Plaintiffs' filing of the Complaint. (Dkt. No. 1). A First Amended Complaint was filed on July 25, 2018. The summons and Amended Complaint in this action having been duly served on the defendants 2898 Bagel & Bakery Corp. (d/b/a Nussbaum & Wu) and Sholomo Sela, said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiffs, by their attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiffs have judgment jointly and severally against the Defendants 2898 Bagel & Bakery Corp. (d/b/a Nussbaum & Wu) and Sholomo Sela by default, in the amounts that follow, including compensatory damages and permissible liquidated damages and prejudgment interest, all computed as provided in 28 U.S.C. § 1961(a):

- 2 -

For Plaintiff ASCENCION CAZARES: $227,641.85 plus prejudgment interest calculated upon the amount $32,461.97 at the rate of 9% per annum from January 24, 2018 to the date of judgment, which is calculated to be _____;

For Plaintiff BENJAMIN F. DELACRUZ, $98,118.03, plus prejudgment interest calculated upon the amount $11,243.08 at the rate of 9% per annum from January 24, 2018 to the date of judgment, which is calculated to be _____;

For Plaintiff FANNY JISSELLE LIZARDO FABRE: $39,534.60 plus prejudgment interest calculated upon the amount $1,312.10 at the rate of 9% per annum from January 24, 2018 to the date of judgment, which is calculated to be _____;

For Plaintiff GABINO ROMANO HERNANDEZ: $226,496.89, plus prejudgment interest calculated upon the amount $29,887.89 at the rate of 9% per annum from January 24, 2018 to the date of judgment, which is calculated to be _____;

For Plaintiff HERMENEJILDO ANGEL PRUDENTE: $22,274.28, plus prejudgment interest calculated upon the amount $466.28 at the rate of 9% per annum from January 24, 2018 to the date of judgment, which is calculated to be _____;

For Plaintiff IDOR JEAN LUCKNER: $53,310.86 plus prejudgment interest calculated upon the amount $3,039.61 at the rate of 9% per annum from January 24, 2018 to the date of judgment, which is calculated to be _____;

For Plaintiff JOSE CEDANO: $286,107.90 plus prejudgment interest calculated upon the amount $37,549.90 at the rate of 9% per annum from January 24, 2018 to the date of judgment, which is calculated to be _____;

For Plaintiff JOSE G. REYES: $47,223.11, plus prejudgment interest calculated upon the amount $2,602.11 at the rate of 9% per annum from January 24, 2018 to the date of judgment, which is calculated to be _____;

For Plaintiff LUIS ALBERTO SALAS UMANA: $59,558.00, plus prejudgment interest calculated upon the amount $2,682.00 at the rate of 9% per annum from January 24, 2018 to the date of judgment, which is calculated to be _____;

For Plaintiff WENDY PATRICIA DAMAS: $16,988.22, plus prejudgment interest calculated upon the amount $228.22 at the rate of 9% per annum from January 24, 2018 to the date of judgment, which is calculated to be _____;

For Plaintiff POCO J. OUEDRAOGO: $32,071.93, plus prejudgment interest calculated upon the amount $1,122.43 at the rate of 9% per annum from January 24, 2018 to the date of judgment, which is calculated to be _____;

For Plaintiff SUSANA E. ROBLES MARTINEZ: $10,780.00, plus prejudgment interest calculated upon the amount $0.00 at the rate of 9% per annum from January 24, 2018 to the date of judgment, which is calculated to be _____;

That the Plaintiffs are awarded attorney's fees in the amount of $3,025.00 and costs in the amount of $475.00, all computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiffs are awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York
_____, 2019

_____
HON. JUDGE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE