UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Ascencion Cazares, et al.,

                       Plaintiffs,                        18 **CIVIL** 5953 (AJN)(VF)

        -against-                                   **<u>JUDGMENT</u>**

2898 Bagel & Bakery Corp., et al.,
                       Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 4, 2022, as of the date of the Order, no objections have been filed. The Court has reviewed the R&R for clear error. The Court finds no clear error except for two computational errors. First, in the pre-judgment interest on unpaid minimum wage damages table for Plaintiff Cazares, on page 37 of the R&R, the total should be $1,219.54 as opposed to $1,376.23. This total is consistent with Judge Freeman's calculations within the table. Accordingly, the total of pre-judgment interest on page 38 should be $21,984.79 instead of $22,141.48. Second, in the lodestar table on page 60, the total for Naydenskiy should be $280.00 as opposed to $490.00, and the total for Paralegal(s) should be $370.00 as opposed to $455.00. These totals are consistent with Judge Freeman's recommended hourly rates and hours billed. Accordingly, the total lodestar on page 60 should be $1,865.00 instead of $2,160.00. The Court otherwise adopts the R&R in all respects. The Court has awarded Plaintiffs damages, fees, costs, and interest in the following amounts: Cazares: $161,859.05, plus interest in the amount of $18,621.83; Delacruz: $58,671.96, plus interest in the amount of $5,973.83; Romano: $224,330.68, plus interest in the amount of $26,350.05; Angel: $14,739.47, plus interest in the

amount of $643.08; Robles: $10,805.48, plus interest in the amount of $111.84; Attorneys' fees and costs: $2,265.00; accordingly, the case is closed.

**Dated:**  New York, New York
May 10, 2022

**RUBY J. KRAJICK**
**Clerk of Court**
**BY:**  *K. Mango*
**Deputy Clerk**